UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-60229-MIDDLEBROOKS

CRISTIAN MIDAEL CORDONA
MARROQUIN,

    Petitioner,

v.

KRISTI NOEM, in her official
Capacity as Secretary of Homeland
Security, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on February 19, 2026. (DE 13). The Report recommends granting Petitioner Cristian Mideal Cordona Marroquin's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*). Respondent filed objections to the Report on February 25, 2026 (DE 14).

I have conducted a *de novo* review of the Report, the briefing on objections, applicable law, and the record as a whole. Upon review, I agree with Magistrate Judge Augustin-Birch's conclusion that Mr. Marroquin's Petition should be granted. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Respondent's Objections to the Magistrate's Report (DE 14) are **OVERRULED**.

(2) Magistrate Judge Augustin-Birch's Report (DE 13) is hereby **ADOPTED.**

(3) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED**, as set forth in the Report. Accordingly, Respondent shall either afford

Petitioner a prompt, individualized bond hearing before an immigration judge or release Petitioner.

(4) Petitioner may move for attorney's fees and costs under the Equal Access to Justice Act.

(5) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 26 day of February, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record